**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE GOOGLE ACCOUNT pettegrovedwight@gmail.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC AND GOOGLE PAYMENT CORPORATION | Case No. 1:26-<br><br>**FILED UNDER SEAL**<br>(D. Me. Loc. R. 157.6(a)(1)) |

## APPLICATION FOR ORDER COMMANDING GOOGLE LLC AND GOOGLE PAYMENT CORPORATION NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF A SEARCH WARRANT AND REQUEST TO SEAL

The United States requests that the Court order Google LLC and Google Payment Corporation (hereinafter, collectively, "Google") not to notify any person, including the subscribers and customers of the account listed in search warrant docket number, 1:26-mj-00115-JCN, of the existence of the warrant for ninety (90) days, until July 7, 2026.

Google is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the above-referenced warrant, which requires Google to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the above-referenced search warrant relates to an ongoing criminal investigation that is not public. Though the target of the investigation may be aware of a potential investigation by state or federal authorities, he is not aware of the nature, extent, status, or anticipated investigative steps of the federal investigation. Disclosure of the warrant may alert the target to the ongoing federal investigation or confirm its existence.

This investigation concerns the target using the Internet to post threatening comments on YouTube videos, using a Google Account, potentially in violation of 18 U.S.C. § 875(c). Much of the evidence in this investigation is stored electronically. A search warrant for a Google account associated with the target was issued on April 9, 2026. If alerted to the existence of the grand jury subpoena, the target could destroy that evidence, including information saved to personal computers, other electronic devices, or cloud storage.

The target and those with whom he has communicated about his conduct could destroy evidence—including information saved to their personal devices and/or held by those third-party entities or other entities that have not yet been identified—if alerted to the existence of the warrant (and thus, to the nature and investigative steps of the federal investigation). Accordingly, there is reason to believe that notification of the existence of the warrant will seriously jeopardize the investigation, including by giving the target an opportunity to destroy or tamper with evidence or change patterns of behavior (such as communicating with others about his conduct) or flee from prosecution. *See* 18 U.S.C. § 2705(b).

For these reasons, the United States respectfully requests that the Court enter an appropriate Order directing Google not to disclose the existence or content of the search warrant until July 7, 2026, except that Google may disclose the above-referenced search warrant to an attorney for Google for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed until July 7, 2026. As noted above, these documents relate to an ongoing criminal investigation and the disclosure of these documents could alert the target to the nature and steps of the ongoing investigation. Good cause exists to seal these documents because their premature disclosure may jeopardize that investigation.

Date: April 9, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

BY: *[/s/ Alisa Ross]{.underline}*

Alisa Ross
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME 04401
(207) 945-0373
Alisa.Ross@usdoj.gov